UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-22918-CIV-GAYLES

CROSSWINDS REHAB INC., LLC, et al.,

    Plaintiffs,

v.

HUMANA MEDICAL PLAN, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on Plaintiffs' Notice of Dismissal Without Prejudice [ECF No. 57]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. All parties shall bear their own attorney's fees and costs.

This action is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of October, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE